SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

ARTHUR SCALZO

    Plaintiff,

- against -

KAHR ARMS

    Defendants.

---X

*A True Copy, Attest:*
*Edward L. Moynihan*
**Edward L. Moynihan**
Constable
340 Main St. Room [?]
Worcester, MA 0[?]

Index # 06-997
2/7/06

**SUMMONS WITH NOTICE**

Plaintiff designates Suffolk County as the place of trial

The basis of venue is: plaintiff's residence

Plaintiff resides at:
394 Hoffman Lane
Hauppauge, NY 11788
County of Suffolk

To the above named Defendant:

You are hereby summoned to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Defendant's address:

Kahr Arms
130 Goddard Memorial Drive
Worchester, MA 01603

Plaintiff's attorneys:
FALK & KLEBANOFF P.C.

Jeffrey B. Falk, Esq.
392 Woodfield Road
West Hempstead, NY 11552
(516) 564-4200

**NOTICE: THE NATURE OF THIS ACTION IS AS FOLLOWS:** negligence-personal injury on or about February 11, 2003
**THE RELIEF SOUGHT IS AS FOLLOWS:** money damages.
**UPON YOUR FAILURE TO APPEAR:** Judgment will be taken against you by default for an amount to be determined by the trier of the fact, with interest from February 11, 2003 together with the costs of this action.
Dated:    WEST HEMPSTEAD, NY
          February 1, 2006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

Index No.      Year

ARTHUR SCALZO

                Plaintiff,

-against-

KAHR ARMS

                Defendant.

**SUMMONS WITH NOTICE**

---

**FALK & KLEBANOFF, P.C.**
**ATTORNEYS AT LAW**

*Attorney(s) for* PLAINTIFF

*Office and Post Office Address, Telephone*
392 WOODFIELD ROAD
WEST HEMPSTEAD, NEW YORK 11552
(516) 564-4200

---

To

**Signature (Rule 130-1.1-a)**

_____

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

---

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order                                            of which the within is a true copy
will be presented for settlement to the HON.                 one of the judges of the
within named Court, at
on                        at              M.

Dated.

                                                          Yours, etc.