UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTHUR SCALZO,

        Plaintiff,

-against-

KAHR ARMS,

        Defendant.
-----------------------------------------------------------X

06-CV 1168
(JFB/AKT)
STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for parties, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or convservatee, and there being no person not a party who has an interest in the subject matter of the action, the above entitled action be and the same is hereby discontinued with prejudice on the merits, without costs to party against the other.

    IT IS FURTHER STIPULATED AND AGREED, that facsimile signatures of this document shall be treated as originals and that this stipulation may be executed in the counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same document.

Dated: New York, New York
       July 7, 2006

| | |
|---|---|
| FALK & KLEBANOFF, P.C. | RENZULLI, PISCIOTTI & RENZULLI |
| By: _____ | By: _____ |
| Jeffrey P. Falk | CHRISTOPHER RENZULLI |
| 392 Woodfield Road | 300 East 42nd Street |
| W. Hempstead, N.Y. 11552 | New York, N.Y. 10017 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Arthur Scalzo | Kahr Arms |

SO ORDERED: 8/7/06

_____
Hon.